1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

                                    Plaintiff,

v.

BLANCA ARACELI MASANNAT;
MELISSA NUNEZ; JESSICA ALIN REYES,
a Minor; JESUS DIONISIO REYES, a Minor;
TANIA LIZETH REYES, a Minor; and DOES
1-50,

                                    Defendants.

Civil No.    07cv0153-LAB (POR)

**ORDER FOLLOWING PRE ANSWER
EARLY NEUTRAL EVALUATION
CONFERENCE**

     On August 23, 2007, the Court held a Pre-Answer Early Neutral Evaluation Conference.
Dennis Rhodes appeared on behalf of Plaintiff American General Life Insurance Company and
William Campbell appeared as a friend of the Court on behalf of minor Defendants Jessica Alin
Reyes, Jesus Dionisio Reyes and Tania Lizeth Reyes and Maria Masannat, the guardian ad litem to
the minor Defendants.  Maria Masannat appeared as guardian ad litem to the minor Defendants as
well as Blanca Masannat, the girlfriend of the deceased.  Melissa Nunez did not appear but was
contacted by telephone.  Ms. Nunez indicated that she plans to abandon any claims to the insurance
proceeds.  Therefore, Mr. Rhodes shall contact the Chambers of Louisa S. Porter at 619-557-5383
/ / / /
/ / / /
/ / / /

before September 7, 2007 regarding the status of the abandoned claim.

DATED:  August 23, 2007

LOUISA S PORTER
United States Magistrate Judge

cc:        The Honorable Judge Larry A. Burns
           all parties

           **William Campbell, Esq.
           2300 Boswell Road, Suite 181
           Chula Vista, CA 91914

07cv0153